■ ALEXANDER POOLE & COMPANY, INC., Respondent, v MAYNE MILLER, Appellant.

Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.